IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
MISC. NO. 1:05mc227

**FILED**
ASHEVILLE, N. C.
NOV 1 6 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

IN RE: )
)
**MODIFIED PRESENTENCE** )
**INVESTIGATION REPORTS** )

THIS MATTER is before the Court on request of the Chief U. S. Probation Officer for the Western District of North Carolina and arises from the need to prepare Modified Presentence Reports in 10% of the cases requiring a presentence report due to cost containment measures implemented by the Administrative Office of the United States Courts.

Unless otherwise directed by the sentencing judge, the United States Probation Office shall have the option of preparing Modified Presentence Reports on defendants subject to sentencing in U. S. District or U. S. Magistrate Court who meet any of the following criteria:

- Convicted of Illegal Reentry of Deported Alien (8 U.S.C. § 1326)
- Convicted of Escape (18 U.S.C. § 751)
- Convicted of Failure to Surrender for Service of Sentence (18 U.S.C. § 3146 (a)(2))
- Convicted of a Class A Misdemeanor
- A plea pursuant to Rule 11(c)(1)(C) has been entered
- Applicable guideline sentencing range falls within Zone A, B or C
- The majority of the projected sentence has been served in pretrial detention
- A full presentence report has previously been prepared and is available to the court

If after receiving a Modified Presentence Report, the sentencing judge determines there is insufficient information in the record to enable sentencing under 18 U.S.C. § 3553, a full presentence report may be ordered.

This Order shall become effective immediately, and shall continue in effect until further Order of this Court.

IT IS SO ORDERED, this 21st day of October, 2005.

Graham C. Mullen, Chief
United States District Judge

Richard L. Voorhees
United States District Judge

_____  
Lacy H. Thornburg  
United States District Judge

_____  
Robert J. Conrad, Jr.  
United States District Judge

_____  
Carl Horn, III  
United States Magistrate Judge

_____  
Dennis L. Howell  
United States Magistrate Judge

_____  
David C. Keesler  
United States Magistrate Judge